*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

**MARY HAYES**

                                      **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.

**TARGET CORPORATION**                   **CASE NO: 09-1089-tmp**

        Defendant.

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation of Dismissal with Prejudice entered on October 6, 2010, this cause is hereby dismissed with prejudice, with costs assessed against the defendant.

**APPROVED:**

**s/ Tu M. Pham**
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| **October 7, 2010** | **THOMAS M. GOULD** |
| **DATE** | Clerk of Court |
| | **s/Sandra McClain** |
| | (By) Deputy Clerk |